DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DESHAWN PRINCE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1954

[October 1, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 16-007142-CF10A.

No brief filed for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***